# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 26, 2019

Ms. Michelle Malko
U.S. Department of Probation
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY 11201

Re: U.S.A. v. Valente Palacios-Tellez, 19 CR 143 (ARR)

Dear Ms. Malko:

Below please find Mr. Palacios' response to the Presentence report. He has no objection to the guideline calculation.

1. Page 6, ¶28: Mr. Palacios' sister's name is **Alejandra**, not Alejandro.

2. Page 7, ¶30: Ms. Cruz is 38 years old and is expecting twins with Mr. Palacios. Ms. Cruz has two children from one prior relationship.

Thank you for your inclusion of this information to any amendment of the Presentence Report.

Respectfully submitted.

Mildred M. Whalen
Staff Attorney
(718) 330-1290

cc: The Honorable Allyne R. Ross
Assistant U.S. Attorney Jonathan Siegel, Esq. (via email and ECF)
ECF