CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.    OCT.16,2019    Time: 2:00pm

CR-19-143                  DEFT NUMBER: ____

DEFT NAME: **Valente Palacios Tellez**

_X_ present    ___ not present    ✓ cust.    ___ bail

DEFENSE COUNSEL: Mildred Whelen

_X_ present    ___ not present    ___ CJA    ___ RET.    ✓ LAS

A.U.S.A.: Jonathan Seigel                CLERK: D. LASALLE

Reporter: Lisa Schmid                    PO: Michelle Malko

INT: (LANG.- Spanish) Mario Michelena

XXX  CASE CALLED.    ___ SENTENCING ADJ'D TO _____.

X    SENTENCING HELD.    x  STATEMENTS OF DEFT AND COUNSEL HEARD.

x    DEFT SENTENCED ON COUNT  ONE  OF THE (Superseding) (Indictment) Information.

Defendant is sentenced to a year and a day; 2 years supervised release; a special assessment of $100 is imposed.

REMAINING OPEN COUNTS ARE DISMISSED ON ___ GOVTS MOTION
                                        ___ COURT'S MOTION

✓ COURT ADVISED DEFT OF RIGHT TO APPEAL.    ___ I.F.P. GRANTED.

___ DEFT REMANDED.    ___ DEFT ON BAIL PENDING APPEAL.

**OTHER:** _____